UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BRANDIE BASKETT, | No. C 13-2630 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO N.A., | |
| Defendant. | |

On June 26, 2013, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of August 8, 2013. Dkt. No. 5. However, Plaintiff Brandie Baskett failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 8 hearing and ORDERS Plaintiff Brandie Baskett to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 1, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 15, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 24, 2013

_____
Maria-Elena James
United States Magistrate Judge