Stephen Healy (# 133192)
Law Office of Stephen Healy
1390 N. McDowell Blvd., Ste. G
Petaluma, California 94954
Telephone: (707) 534-0553
Facsimile: (707) 676-8648
Email: sjh@stephenhealy.com

Attorney for Plaintiff
BRANDIE H. BASKETT


Robert A. Bailey (# 214688)
  rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone:  (626) 535-1900
Facsimile:   (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A. WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE H. BASKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A., as successor in interest to Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and Does 1-15,<br><br>    Defendants | CASE NO.: CV-13-2630-MEJ<br><br>[The Honorable Maria-Elena James]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41, the parties by an through their undersigned counsel hereby stipulate as follows:

This entire action is dismissed with prejudice. All parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: August 7, 2013

LAW OFFICE OF STEPHEN HEALY

By: _/s/ Stephen Healy_
Stephen Healy
Attorneys for Plaintiff
BRANDIE H. BASKET

Dated: August 7, 2013

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _/s/ Robert A. Bailey_
Robert A. Bailey
Attorneys for Defendant
WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**

on all interested parties in said case addressed as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Counsel for Plaintiff,*
*Brandie Baskett:*

Stephen Healy, Esq.
Law Office of Stephen Healy
1390 N. McDowell Boulevard, Suite G
Petaluma, CA  94954

Telephone: (707) 534-0553  │  Facsimile: (707) 676-8648
Email: sjh@stephenhealy.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on August 14, 2013.

| MAUREEN COURTNEY | /s/ Maureen Courtney |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |